UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE JAMES JACKSON, JR.,<br>Plaintiff,<br>v.<br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*,<br>Defendants. | No. 1:26-cv-02322-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITH PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Doc. 11 |

Willie James Jackson, Jr. is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 29, 2026, the magistrate judge screened the first amended complaint pursuant to 28 U.S.C. § 1915A(a). Doc. 11. The magistrate judge found Jackson failed to state a cognizable claim under § 1983 and recommended dismissal with prejudice. *Id.* at 6-7. The Court served the findings and recommendations on Jackson and informed him that any objections were due within 14 days. *Id.* at 7. The Court also advised that a failure to file timely objections may result in the waiver of certain rights on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 722 F.3d 834, 838-39 (9th Cir. 2014)). Jackson did not file objections and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are

supported by the record and by proper analysis. The Court ORDERS:

1. The findings and recommendations issued on July 29, 2026 (Doc. 11) are ADOPTED in full.
2. This action is DISMISSED with prejudice for failure to state a cognizable claim upon which relief may be granted.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 28, 2026

UNITED STATES DISTRICT JUDGE